# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

CHRISTY MILLS,

     Plaintiff,

     v.                                   CV 2:24-063

MDC COAST 16 LLC, et al.,

     Defendants.

## ORDER

The parties informed the Court on May 22, 2024 that they had reached a settlement of the claims in this action. To date, no dismissal has been filed. The parties are **ORDERED** to file either a dismissal or a status report informing the Court of the settlement progress within **fourteen days** of the date of this Order.

**SO ORDERED**, this _19_ day of July, 2024.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA